JENNIE E. BROOKS, Respondent, *v.* RESTCOME P. CONKLIN, Appellant, Impleaded with Others.

*Brooks* v. *Conklin*, 98 App. Div. 628, appeal dismissed.
(Submitted February 20, 1905; decided February 28, 1905.)

MOTION to dismiss an appeal from a judgment entered November 30, 1904, upon an order of the Appellate Division of the Supreme Court in the second judicial department, affirming an interlocutory judgment of Special Term overruling a demurrer to the complaint.

The motion was made upon the ground that the appeal was taken from an interlocutory judgment without having first obtained the consent of the Appellate Division, as required by section 190 of the Code of Civil Procedure.

*J. Bradley Scott* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs of appeal and ten dollars costs of motion.